UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JORGE CORTES,<br><br>　　　　Defendant - Appellant. | No. 12-50137<br><br>D.C. No. 3:10-cr-03617-BEN-1<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

　　Appellant's request for extension of time to file Petition For Rehearing is granted. Petition For Rehearing and Suggestion For Rehearing En Banc is due on or before November 22, 2013.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Jessica F. Flores
　　　　　　　　　　　　　　　　　　Deputy Clerk